**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-41073 |
| | § | |
| KEVIN L JACKSON | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/21/2013. The undersigned trustee was appointed on 10/21/2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of $138,996.52

       Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $16,932.19 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $122,064.33 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 04/16/2014 and the deadline for filing government claims was 04/16/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,450.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,450.05, for a total compensation of $6,450.05[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2017                    By:   /s/ Gus A. Paloian
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page No: 1     Exhibit A

| | |
|---|---|
| **Case No.:** 13-41073-JPC | **Trustee Name:** Gus A. Paloian |
| **Case Name:** JACKSON, KEVIN L | **Date Filed (f) or Converted (c):** 10/21/2013 (f) |
| **For the Period Ending:** 8/25/2017 | **§341(a) Meeting Date:** 12/04/2013 |
| | **Claims Bar Date:** 04/16/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 14200 S State Street, Riverdale, IL 60827 SURRENDER | $71,216.00 | $0.00 | | $0.00 | FA |
| 2 | Newmark Credit Union Checking | $38.00 | $0.00 | | $0.00 | FA |
| 3 | Newmark Credit Union Savings | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Newmark Credit Union Savings (Vacation Account) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Chase Checking | $23.00 | $0.00 | | $0.00 | FA |
| 6 | Used Household Goods & Furniture | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Used Clothes | $600.00 | $0.00 | | $0.00 | FA |
| 8 | 401k | $234,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2003 Dodge Ram 1500 (43,000 Miles) | $7,000.00 | $811.00 | | $0.00 | FA |
| 10 | 2005 Dodge Caravan Grand (56,000 Miles) | $1,831.00 | $1,831.00 | | $0.00 | FA |
| 11 | Wage and Hour Lawsuit - Jackson v. Comcast - Case No. 12-cv-1122 **(u)** | $40,000.00 | $40,000.00 | | $19,291.52 | FA |
| **Asset Notes:** | Amended Schedules to include lawsuit valued at $40,000 | | | | | |
| 12 | Racial Discrimination Lawsuit - Jackson v. Comcast - Case No. 11-cv-8471 **(u)** | $80,000.00 | $80,000.00 | | $119,705.00 | FA |
| **Asset Notes:** | Amended Schedules to include lawsuit valued at $80,000 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $434,858.00 | $122,642.00 | | $138,996.52 | $0.00 |

**Major Activities affecting case closing:**

06/30/2017     The Final Report was submitted to the U.S. Trustee on July 26, 2017.

**Initial Projected Date Of Final Report (TFR):** 07/31/2017     **Current Projected Date Of Final Report (TFR):**     /s/ GUS A. PALOIAN

    GUS A. PALOIAN

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1      Exhibit B

| Case No. | 13-41073-JPC | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | JACKSON, KEVIN L | | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0850 | | | Checking Acct #: | ******0386 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | KEVIN L. JACKSON |
| For Period Beginning: | 10/21/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2016 | (12) | NOELLE BRENNAN & ASSOCIATES, LTD. | SETTLEMENT FUNDS - CASE NO. 11-CV-8471 | 1249-000 | $25,000.00 | | $25,000.00 |
| 09/26/2016 | (11) | AUTOMATIC DATA PROCESSING FOR COMCAST | COMCAST SETTLEMENT PAYMENT TO JACKSON FOR LOST WAGES | 1249-000 | $19,291.52 | | $44,291.52 |
| 09/26/2016 | (12) | COMCAST | COMCAST SETTLEMENT PAYMENT TO JACKSON LIQUIDATED DAMAGES | 1249-000 | $21,774.71 | | $66,066.23 |
| 02/08/2017 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $21.19 | $66,045.04 |
| 02/08/2017 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $21.19 | $66,023.85 |
| 02/08/2017 | 1002 | VOID: INTERNATIONAL SURETIES, LTD. | DUPLICATE BOND PREMIUM CHECK - VOID | 2300-003 | | ($21.19) | $66,045.04 |
| 02/14/2017 | (12) | FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | $52,480.29 | | $118,525.33 |
| 02/14/2017 | (12) | FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | $20,450.00 | | $138,975.33 |
| 02/23/2017 | 1003 | UNITED STATES TREASURY | EIN: 30-6540850 - 2016 FORM 1041 | 2810-000 | | $9,818.00 | $129,157.33 |
| 02/23/2017 | 1004 | ILLINOIS DEPT. OF REVENUE | EIN: 30-6540850 - 2016 IL-1041-V | 2820-000 | | $2,615.00 | $126,542.33 |
| 02/23/2017 | 1005 | UNITED STATES TREASURY | EIN: 30-6540850 - 2017 FORM 1041 | 2810-000 | | $3,418.00 | $123,124.33 |
| 02/23/2017 | 1006 | ILLINOIS DEPT. OF REVENUE | EIN: 30-6540850 - 2017 IL-1041-V | 2820-000 | | $1,276.00 | $121,848.33 |
| 05/05/2017 | | ILLINOIS DEPT. OF REVENUE | FUNDS RETURNED FOR OVERPAYMENT OF ESTATE TAX RETURNS | 2820-000 | | ($216.00) | $122,064.33 |
| 05/22/2017 | (12) | FIRST CLASS, INC. | SETTLEMENT AWARD FROM COMCAST IN BRAND V. COMCAST, CASE NO. 11-cv-8471 | 1249-000 | $52,480.29 | | $174,544.62 |
| 05/22/2017 | (12) | FIRST CLASS, INC. | INDIVIDUAL CLAIM AWARD FROM COMCAST IN BRAND V. COMCAST, CASE NO. 11-cv-8471 | 1249-000 | $20,450.00 | | $194,994.62 |
| 06/08/2017 | (12) | DEP REVERSE: FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | ($52,480.29) | | $142,514.33 |
| 06/08/2017 | (12) | DEP REVERSE: FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | ($20,450.00) | | $122,064.33 |

 

|  |  |  |  |  | **SUBTOTALS** | $138,996.52 | $16,932.19 |
|---|---|---|---|---|---|---|---|

Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-41073-JPC | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | JACKSON, KEVIN L | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0850 | | Checking Acct #: | ******0386 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | KEVIN L. JACKSON |
| For Period Beginning: | 10/21/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $138,996.52 | $16,932.19 | $122,064.33 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $138,996.52 | $16,932.19 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $138,996.52 | $16,932.19 | |

**For the period of  10/21/2013 to 8/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,932.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $16,932.19 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 07/29/2016 to 8/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,932.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $16,932.19 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 3                    Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-41073-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JACKSON, KEVIN L | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0850 | Checking Acct #: | ******0386 |
| Co-Debtor Taxpayer ID #: | | Account Title: | KEVIN L. JACKSON |
| For Period Beginning: | 10/21/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $138,996.52 | $16,932.19 | $122,064.33 |

**For the period of 10/21/2013 to 8/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,932.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,932.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/21/2013 to 8/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,932.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,932.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

CLAIM ANALYSIS REPORT                                                                 Page No: 1         Exhibit C

| Case No. | 13-41073-JPC | | | | | | | Trustee Name: | | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | JACKSON, KEVIN L | | | | | | | Date: | | 8/25/2017 |
| Claims Bar Date: | 04/16/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KUTCHINS, ROBBINS & DIAMOND, LTD. | 03/16/2017 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $0.00 | $1,989.00 | $1,989.00 | $0.00 | $0.00 | $0.00 | $1,989.00 |
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 07/21/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,450.05 | $6,450.05 | $0.00 | $0.00 | $0.00 | $6,450.05 |
| | KEVIN L JACKSON<br><br>20 EAST 122ND PL<br>CHICAGO IL 60627 | 07/21/2017 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $74,995.60 | $74,995.60 | $0.00 | $0.00 | $0.00 | $74,995.60 |

**Claim Notes:**   Debtor Surplus

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTY E | SEYFARTH SHAW LLP | 10/31/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $313.73 | $313.73 | $0.00 | $0.00 | $0.00 | $313.73 |
| ATTY F | SEYFARTH SHAW LLP | 10/31/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $28,087.00 | $28,087.00 | $0.00 | $0.00 | $0.00 | $28,087.00 |
| 1 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE BANK NATIONAL ASSOCIATION/MENARDS PO Box 2036 Warren MI 48090 | 01/30/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,816.28 | $1,816.28 | $0.00 | $9.57 | $0.00 | $1,816.28 |

**Claim Notes:**   (1-1) 132218213 - Allowed per G. Paloian.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE BANK NATIONAL ASSOC BEST BUY CO INC PO Box 2036 Warren MI 48090 | 01/30/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,699.00 | $2,745.13 | $2,745.13 | $0.00 | $14.46 | $0.00 | $2,745.13 |

**Claim Notes:**   (2-1) 132218484 - Allowed per Gus Paloian

CLAIM ANALYSIS REPORT
Page No: 2                    Exhibit C

| Case No. | 13-41073-JPC | Trustee Name: | Gus A. Paloian |
| Case Name: | JACKSON, KEVIN L | Date: | 8/25/2017 |
| Claims Bar Date: | 04/16/2014 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PATIENTS 1ST ER MEDICAL CONSULTANTS PC Komyatte & Casbon PC 9650 Gordon Drive Highland IN 46322 | 02/14/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $91.70 | $91.70 | $0.00 | $0.48 | $0.00 | $91.70 |
| **Claim Notes:** | Allowed per Gus Paloian | | | | | | | | | | | |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to CITIBANK, N.A. PO Box 41067 Norfolk VA 23541 | 04/04/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,230.00 | $1,229.86 | $1,229.86 | $0.00 | $6.48 | $0.00 | $1,229.86 |
| **Claim Notes:** | Allowed per Gus Paloian | | | | | | | | | | | |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to GE CAPITAL RETAIL BANK PO Box 41067 Norfolk VA 23541 | 04/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,066.00 | $1,065.62 | $1,065.62 | $0.00 | $5.61 | $0.00 | $1,065.62 |
| **Claim Notes:** | Allowed per Gus Paloian | | | | | | | | | | | |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to CAPITAL ONE, N.A. PO Box 41067 Norfolk VA 23541 | 04/14/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,226.77 | $3,226.77 | $0.00 | $16.99 | $0.00 | $3,226.77 |
| **Claim Notes:** | Allowed per Gus Paloian | | | | | | | | | | | |
| 7 | KEVIN L. JACKSON | 07/01/2016 | Debtor Exemptions | Disallowed | 8100-002 | $40,000.00 | $34,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DEBTOR'S SCHEDULED EXEMPTION RE: WAGE AND HOUR V. COMCAST, PER AMENDED SCHEDULE C FILED ON 7/1/16 | | | | | | | | | | | |
| 8 | KEVIN L. JACKSON | 07/01/2016 | Debtor Exemptions | Disallowed | 8100-002 | $80,000.00 | $10,625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DEBTOR'S SCHEDULED EXEMPTION RE: RACIAL DISCRIMINATION AND WAGE V. COMCAST, PER AMENDED SCHEDULE C FILED ON 7/1/16 | | | | | | | | | | | |
| | | | | | | **$166,635.74** | **$122,010.74** | **$0.00** | **$53.59** | **$0.00** | **$122,010.74** |

**Case No.** 13-41073-JPC  
**Case Name:** JACKSON, KEVIN L  
**Claims Bar Date:** 04/16/2014

**Trustee Name:** Gus A. Paloian  
**Date:** 8/25/2017

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other firm) | $1,989.00 | $1,989.00 | $0.00 | $0.00 | $0.00 | $1,989.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $313.73 | $313.73 | $0.00 | $0.00 | $0.00 | $313.73 |
| Attorney for Trustee Fees (Trustee Firm) | $28,087.00 | $28,087.00 | $0.00 | $0.00 | $0.00 | $28,087.00 |
| Debtor Exemptions | $44,625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $10,175.36 | $10,175.36 | $0.00 | $53.59 | $0.00 | $10,175.36 |
| Surplus Funds Paid to Debtor | $74,995.60 | $74,995.60 | $0.00 | $0.00 | $0.00 | $74,995.60 |
| Trustee Compensation | $6,450.05 | $6,450.05 | $0.00 | $0.00 | $0.00 | $6,450.05 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       13-41073
Case Name:     KEVIN L JACKSON
Trustee Name:  Gus A. Paloian

Balance on hand:            $122,064.33

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:            $122,064.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $6,450.05 | $0.00 | $6,450.05 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $28,087.00 | $0.00 | $28,087.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $313.73 | $0.00 | $313.73 |
| KUTCHINS, ROBBINS & DIAMOND, LTD., Accountant for Trustee Fees | $1,989.00 | $0.00 | $1,989.00 |

Total to be paid for chapter 7 administrative expenses:            $36,839.78
Remaining balance:            $85,224.55

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:            $0.00
Remaining balance:            $85,224.55

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|  | | Total to be paid to priority claims: | $0.00 |
|---|---|---|---|
|  | | Remaining balance: | $85,224.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,175.36 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee | $1,816.28 | $0.00 | $1,816.28 |
| 2 | Asset Acceptance LLC assignee | $2,745.13 | $0.00 | $2,745.13 |
| 3 | Patients 1st ER Medical Consultants PC | $91.70 | $0.00 | $91.70 |
| 4 | Portfolio Recovery Associates, LLC | $1,229.86 | $0.00 | $1,229.86 |
| 5 | Portfolio Recovery Associates, LLC | $1,065.62 | $0.00 | $1,065.62 |
| 6 | Portfolio Recovery Associates, LLC | $3,226.77 | $0.00 | $3,226.77 |

|  | | Total to be paid to timely general unsecured claims: | $10,175.36 |
|---|---|---|---|
|  | | Remaining balance: | $75,049.19 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|---|
|  | | Remaining balance: | $75,049.19 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

UST Form 101-7-TFR (5/1/2011)

|                                          |            |
|------------------------------------------|-----------|
| Total to be paid for subordinated claims: | $0.00     |
| Remaining balance:                        | $75,049.19 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.14 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $53.59. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $74,995.60.