### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-41073 |
| | ) | |
| | ) | Chapter 7 |
| KEVIN L. JACKSON, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: September 28, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

### COVER SHEET FOR FIRST AND FINAL APPLICATION OF
### KUTCHINS, ROBBINS & DIAMOND, LTD., FOR COMPENSATION
### AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:                          Kutchins, Robbins & Diamond, Ltd., Accountants


Authorized to Provide
Professional Services to:                    The Estate

Date of Order Authorizing
Employment:                                  January 26, 2017

Period for which Compensation
and Reimbursement is Sought:                 January 26, 2017 through February 17, 2017

Amount of Final Fees Sought:        $1,989.00

Amount of Final Expense             $     0.00
Reimbursement Sought:

This is an:    X    Final            Interim Application.

| Prior Applications | Date Filed | Amount Requested | Amount Awarded |
|---|---|---|---|

None

Dated:  September 5, 2017                     Respectfully submitted,

                                             Kutchins, Robbins & Diamond, Ltd.,
                                             Accountants


                                             By:  /s/ Lois West
                                                  Lois West, CPA

40009542v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 13-41073 |
| | ) | |
| KEVIN L. JACKSON, | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  September 28, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

**FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD..
FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE**

Kutchins, Robbins & Diamond, Ltd.. ("KRD"), tax accountants for the Bankruptcy Estate

of Kevin L. Jackson (the "Estate") respectfully presents its First and Final Application for the

Allowance of Compensation (the "Application") for services rendered and to be rendered as

accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee

("Trustee") for the period of January 26, 2017 through February 17, 2017 (the "Application

Period").  In support of this Application, KRD states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1.      On October 21, 2013, the Debtor filed a voluntary petition for relief under

Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code"), thereby commencing

the above-captioned Case.

2.      On or about October 21, 2013, the Office of the United States Trustee appointed

Gus A. Paloian as the Chapter 7 trustee for the Estate.

3.      On January 13, 2014, the Trustee filed an Initial Report of Assets with the Court.

4.      By its Order of January 26, 2017, this Court authorized the Trustee to employ

KRD as accountants for the Estate.  A copy of the January 26, 2017 order is attached hereto as

**Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

5.      KRD has advised the Trustee as to the Estate tax matters and performed

accounting services relating to the review of Trustee's Forms 1 and 2, review of a settlement

agreement in connection with estate assets, and preparation of federal and state income tax

returns for 2016.

6.      In this Application, KRD seeks the allowance of $1,989.00 in final compensation

for necessary services rendered.  A copy of KRD's invoice identifying the services provided is

attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

7.      This is the first and final application that KRD will file in the case.

8.      KRD has not previously received payment of any compensation for services

rendered in connection with this case.  KRD has not entered into any agreement with any other

person or persons for the sharing of compensation received or to be received for services

rendered in connection with this matter, except among the principals and associates of KRD.

## STATUS OF CASE

9.      The Trustee has completed his administration of this case.  The Trustee's final

report has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, KRD requests the entry of an Order:

A.      Allowing KRD final compensation in the amount of $1,989.00;

40009542v.1

B.      Authorizing the Trustee to pay KRD the amount of $1,989.00 in compensation, as

part of Trustee's final distribution in this case from the funds on hand in the Estate; and

C.      Granting such other and further relief as this Court deems proper.


Dated:  September 5, 2017              Respectfully submitted,

                                       Kutchins, Robbins & Diamond, Ltd., Accountants


                                       By:  /s/ Lois West
                                             Lois West, CPA

40009542v.1

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-41073 |
| KEVIN L. JACKSON, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY KUTCHINS, ROBBINS & DIAMOND, LTD. AS HIS ACCOUNTANT, RETROACTIVELY

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Kutchins, Robbins & Diamond, Ltd. ("KRD"), Retroactively, as His Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required;

IT IS ORDERED THAT:

1. The Application is granted.

2. The notice of the Application as given is deemed sufficient and proper.

3. In accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), the retention and employment of KRD, retroactive to January 18, 2017, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:

J. Cox

United States Bankruptcy Judge

Dated: 1/26/17

**Prepared by:**
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5000

Rev: 20120501_bko

# EXHIBIT 2



**Kutchins, Robbins & Diamond, Ltd.**
1101 Perimeter Drive, Suite 760
Schaumburg, Illinois 60173

| Phone: (847) 240-1040 | www.krdcpas.com | Invoice #: | 76533 | Date: | 02/28/17 |
|---|---|---|---|---|---|
| Fax: (847) 240-1055 | rsandfox@krdcpas.com | Amount: | $1,989.00 | Due: | 03/30/17 |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Invoices | 1,989.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| **Amount Due** | **$1,989.00** |

Estate of Kevin Jackson (13-41073)
131 S. Dearborn Street
Suite 2400
Chicago, IL  60603

**All work performed per the attached detail.**

 ------------------------------------------------------------------------------------

Please return this portion with payment.  Thank you for your prompt payment.

| Invoice #:  76533 | Amount Due:     $1,989.00 | ID: 54030 |
|---|---|---|
| Date:      02/28/2017 | Payment Amount:$_____ | Estate of Kevin Jackson (13-41073) |
| Due Date: 03/30/2017 | Payment Type:  ☐ Check ☐ Credit Card | |

| Net 30. If we have not received your payment within 30 days a service charge may be assessed at an annual rate of 18%. | Card Type:  _____<br>Card #:  _____<br>Exp Date:  _____<br>3 or 4 Digit Code:  _____<br>Signature:  _____<br><br>Billing Address (if different than above):  _____<br>_____ | VISA  MASTERCARD  DISCOVER  AMEX |

Please make checks payable to Kutchins, Robbins & Diamond, Ltd.

| DATE | STAFF | HOURS | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|------|-------|-------|--------|----------|-------------------------------|
| For Client: Estate of Kevin Jackson (13-41073) | | | | | 1,989.00 |
| 02/14/2017 | LLW | 5.00 | 1,275.00 | Preparation | Tax Return Preparation - Review information received from trustee re: settlement funds received. Prepare workpapers and federal and state fiduciary income tax returns for year ended 12/31/16 - forms 1041/1040 and IL-1041/IL-1040 |
| 02/15/2017 | LLW | 2.00 | 510.00 | Preparation | Tax Return Preparation - Prepare workpapers and federal and state fiduciary income tax returns for final period ended 2/28/17. |
| 02/16/2017 | LLW | 0.50 | 127.50 | Preparation | Revisions to 2016 Illinois return - Finalize returns. Prepare transmittal letters 505(b) letters - make manual changes as required. Draft statement for attachment to returns re: bankruptcy filing. |
| 02/17/2017 | LLW | 0.30 | 76.50 | Review | Final review - check assembly and sign returns for year ended 12/31/16 and final period ended 2/28/17 - forms 1041/1040 and IL-1041/IL-1040. |

| Billed Amount | $1,989.00 |
|---------------|-----------|
| Invoice Total | $1,989.00 |