# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 13-41073-JPC |
| | ) |
| KEVIN L. JACKSON, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date: September 28, 2017 |
| | ) Hearing Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on September 6, 2017, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: September 6, 2017

_/s/ Jennifer M. McManus_
Jennifer M. McManus

Subscribed and sworn to be before me
this 6th day of September, 2017

_/s/ Jennifer B. Woods_
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

40832047v.1

## KEVIN L. JACKSON
## SERVICE LIST

**SERVED VIA ELECTRONIC CM/ECF**

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.es.ecf@usdoj.gov |
| Toni Townsend | toni.townsend@mccalla.com, northerndistrict@mccalla.com |
| Courtenay Martin Wilson | cwilson@robertjsemrad.com, rjscourtdocs@gmail.com |

## SERVICE LIST

**VIA UNITED STATES MAIL**

Portfolio Recovery Associates, LLC
successor to GE CAPITAL RETAIL BANK
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
successor to CITIBANK, N.A.
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
successor to CAPITAL ONE, N.A.
P.O. Box 41067
Norfolk, VA 23541

40832047v.1