## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41073 |
| | § | |
| KEVIN L JACKSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $73,820.00 | Assets Exempt: | $475,038.00 |
| Total Distributions to Claimants: | $10,228.95 | Claims Discharged Without Payment: | $50,167.70 |
| Total Expenses of Administration: | $53,771.97 | | |

3)        Total gross receipts of $138,996.52  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $74,995.60 (see **Exhibit 2),** yielded net receipts of $64,000.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $88,570.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $53,771.97 | $53,771.97 | $53,771.97 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $60,265.70 | $10,175.36 | $10,175.36 | $10,228.95 |
| **Total Disbursements** | $148,835.70 | $63,947.33 | $63,947.33 | $64,000.92 |

4).  This case was originally filed under chapter 7 on 10/21/2013.  The case was pending for 51 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/10/2018</u>          By:   <u>/s/ Gus A. Paloian</u>
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Racial Discrimination Lawsuit - Jackson v. Comcast - Case No. 11-cv-8471 | 1249-000 | $119,705.00 |
| Wage and Hour Lawsuit - Jackson v. Comcast - Case No. 12-cv-1122 | 1249-000 | $19,291.52 |
| **TOTAL GROSS RECEIPTS** | | $138,996.52 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| KEVIN L JACKSON | Surplus Funds | 8200-002 | $74,995.60 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $74,995.60 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree Servicing L | 4110-000 | $88,570.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $88,570.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $6,450.05 | $6,450.05 | $6,450.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $21.19 | $21.19 | $21.19 |
| UNITED STATES TREASURY | 2810-000 | NA | $13,236.00 | $13,236.00 | $13,236.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | $3,675.00 | $3,675.00 | $3,675.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $28,087.00 | $28,087.00 | $28,087.00 |
| SEYFARTH SHAW LLP, Attorney for | 3120-000 | NA | $313.73 | $313.73 | $313.73 |

| Trustee | | | | | |
|---|---|---|---|---|---|
| KUTCHINS, ROBBINS & DIAMOND, LTD., Accountant for Trustee | 3410-000 | NA | $1,989.00 | $1,989.00 | $1,989.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $53,771.97 | $53,771.97 | $53,771.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee | 7100-000 | $1,785.00 | $1,816.28 | $1,816.28 | $1,816.28 |
| 2 | Asset Acceptance LLC assignee | 7100-000 | $2,699.00 | $2,745.13 | $2,745.13 | $2,745.13 |
| 3 | Patients 1st ER Medical Consultants PC | 7100-000 | $91.00 | $91.70 | $91.70 | $91.70 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | $1,230.00 | $1,229.86 | $1,229.86 | $1,229.86 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | $1,066.00 | $1,065.62 | $1,065.62 | $1,065.62 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | $3,227.00 | $3,226.77 | $3,226.77 | $3,226.77 |
|  | Asset Acceptance LLC assignee | 7990-000 | $0.00 | $0.00 | $0.00 | $9.57 |
|  | Asset Acceptance LLC assignee | 7990-000 | $0.00 | $0.00 | $0.00 | $14.46 |
|  | Patients 1st ER Medical Consultants PC | 7990-000 | $0.00 | $0.00 | $0.00 | $0.48 |
|  | Portfolio Recovery Associates, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $6.48 |
|  | Portfolio Recovery Associates, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $5.61 |
|  | Portfolio Recovery | 7990-000 | $0.00 | $0.00 | $0.00 | $16.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Associates, LLC | | | | | | |
| Advocate Healthcare | 7100-000 | $356.15 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-000 | $3,226.00 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $253.00 | $0.00 | $0.00 | $0.00 |
| Citi | 7100-000 | $2,860.00 | $0.00 | $0.00 | $0.00 |
| client services inc | 7100-000 | $9,222.67 | $0.00 | $0.00 | $0.00 |
| Community Hospital | 7100-000 | $163.82 | $0.00 | $0.00 | $0.00 |
| Community Hospital | 7100-000 | $169.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Sams | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Sams | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Sams Club | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| grand park surgical center | 7100-000 | $2,968.23 | $0.00 | $0.00 | $0.00 |
| Illinois Collection Service | 7100-000 | $356.15 | $0.00 | $0.00 | $0.00 |
| Illinois Collection Service | 7100-000 | $356.15 | $0.00 | $0.00 | $0.00 |
| Ingalls Memorial Hospital | 7100-000 | $241.00 | $0.00 | $0.00 | $0.00 |
| Ingalls Memorial Hospital | 7100-000 | $307.00 | $0.00 | $0.00 | $0.00 |
| Ingalls Memorial Hospital | 7100-000 | $564.00 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Soecialists, LLC | 7100-000 | $177.25 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Specialists | 7100-000 | $176.00 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Specialists | 7100-000 | $283.00 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Specialists | 7100-000 | $65.08 | $0.00 | $0.00 | $0.00 |
| Methodist Hospitals | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Mrsi | 7100-000 | $176.00 | $0.00 | $0.00 | $0.00 |
| NCB Management Services | 7100-000 | $3,154.63 | $0.00 | $0.00 | $0.00 |
| Neurology Associates | 7100-000 | $25.10 | $0.00 | $0.00 | $0.00 |
| Onemain Fi | 7100-000 | $2,101.00 | $0.00 | $0.00 | $0.00 |
| Portfolio | 7100-000 | $3,264.00 | $0.00 | $0.00 | $0.00 |
| Portfolio | 7100-000 | $1,230.00 | $0.00 | $0.00 | $0.00 |
| Primary | 7100-000 | $85.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Healthcare Associates | | | | |
| | Radiology Imaging Consultants | 7100-000 | $20.80 | $0.00 | $0.00 | $0.00 |
| | Ruben Chuquimia | 7100-000 | $10.60 | $0.00 | $0.00 | $0.00 |
| | Scott-Terry Female Health Assoc | 7100-000 | $98.55 | $0.00 | $0.00 | $0.00 |
| | Scott-Terry Female Health Assoc | 7100-000 | $98.55 | $0.00 | $0.00 | $0.00 |
| | Sears/Cbna | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Thd/Cbna | 7100-000 | $9,222.67 | $0.00 | $0.00 | $0.00 |
| | Vision Financial Services | 7100-000 | $176.04 | $0.00 | $0.00 | $0.00 |
| | Vision Financial Services | 7100-000 | $255.26 | $0.00 | $0.00 | $0.00 |
| | Walton Davis Jr, | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $60,265.70 | $10,175.36 | $10,175.36 | $10,228.95 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1          Exhibit 8

| | | |
|---|---|---|
| Case No.: | 13-41073-JPC | |
| Case Name: | JACKSON, KEVIN L | |
| For the Period Ending: | 1/10/2018 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Date Filed (f) or Converted (c): | 10/21/2013 (f) |
| §341(a) Meeting Date: | 12/04/2013 |
| Claims Bar Date: | 04/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  14200 S State Street, Riverdale, IL 60827 SURRENDER | $71,216.00 | $0.00 | | $0.00 | FA |
| 2  Newmark Credit Union Checking | $38.00 | $0.00 | | $0.00 | FA |
| 3  Newmark Credit Union Savings | $100.00 | $0.00 | | $0.00 | FA |
| 4  Newmark Credit Union Savings (Vacation Account) | $0.00 | $0.00 | | $0.00 | FA |
| 5  Chase Checking | $23.00 | $0.00 | | $0.00 | FA |
| 6  Used Household Goods & Furniture | $50.00 | $0.00 | | $0.00 | FA |
| 7  Used Clothes | $600.00 | $0.00 | | $0.00 | FA |
| 8  401k | $234,000.00 | $0.00 | | $0.00 | FA |
| 9  2003 Dodge Ram 1500 (43,000 Miles) | $7,000.00 | $811.00 | | $0.00 | FA |
| 10  2005 Dodge Caravan Grand (56,000 Miles) | $1,831.00 | $1,831.00 | | $0.00 | FA |
| 11  Wage and Hour Lawsuit - Jackson v. Comcast - Case No. 12-cv-1122  **(u)** | $40,000.00 | $40,000.00 | | $19,291.52 | FA |
| **Asset Notes:**  Amended Schedules to include lawsuit valued at $40,000 | | | | | |
| 12  Racial Discrimination Lawsuit - Jackson v. Comcast - Case No. 11-cv-8471  **(u)** | $80,000.00 | $80,000.00 | | $119,705.00 | FA |
| **Asset Notes:**  Amended Schedules to include lawsuit valued at $80,000 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $434,858.00 | $122,642.00 | | $138,996.52 | $0.00 |

**Major Activities affecting case closing:**

06/30/2017      The Final Report was submitted to the U.S. Trustee on July 26, 2017.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/31/2017 | **Current Projected Date Of Final Report (TFR):** | /s/ GUS A. PALOIAN |
| | | | GUS A. PALOIAN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-41073-JPC | |
| **Case Name:** | JACKSON, KEVIN L | |
| **Primary Taxpayer ID #:** | **-***0850 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/21/2013 | |
| **For Period Ending:** | 1/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0386 |
| **Account Title:** | KEVIN L. JACKSON |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2016 | (12) | NOELLE BRENNAN & ASSOCIATES, LTD. | SETTLEMENT FUNDS - CASE NO. 11-CV-8471 | 1249-000 | $25,000.00 | | $25,000.00 |
| 09/26/2016 | (11) | AUTOMATIC DATA PROCESSING FOR COMCAST | COMCAST SETTLEMENT PAYMENT TO JACKSON FOR LOST WAGES | 1249-000 | $19,291.52 | | $44,291.52 |
| 09/26/2016 | (12) | COMCAST | COMCAST SETTLEMENT PAYMENT TO JACKSON LIQUIDATED DAMAGES | 1249-000 | $21,774.71 | | $66,066.23 |
| 02/08/2017 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $21.19 | $66,045.04 |
| 02/08/2017 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $21.19 | $66,023.85 |
| 02/08/2017 | 1002 | VOID: INTERNATIONAL SURETIES, LTD. | DUPLICATE BOND PREMIUM CHECK - VOID | 2300-003 | | ($21.19) | $66,045.04 |
| 02/14/2017 | (12) | FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | $52,480.29 | | $118,525.33 |
| 02/14/2017 | (12) | FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | $20,450.00 | | $138,975.33 |
| 02/23/2017 | 1003 | UNITED STATES TREASURY | EIN: 30-6540850 - 2016 FORM 1041 | 2810-000 | | $9,818.00 | $129,157.33 |
| 02/23/2017 | 1004 | ILLINOIS DEPT. OF REVENUE | EIN: 30-6540850 - 2016 IL-1041-V | 2820-000 | | $2,615.00 | $126,542.33 |
| 02/23/2017 | 1005 | UNITED STATES TREASURY | EIN: 30-6540850 - 2017 FORM 1041 | 2810-000 | | $3,418.00 | $123,124.33 |
| 02/23/2017 | 1006 | ILLINOIS DEPT. OF REVENUE | EIN: 30-6540850 - 2017 IL-1041-V | 2820-000 | | $1,276.00 | $121,848.33 |
| 05/05/2017 | | ILLINOIS DEPT. OF REVENUE | FUNDS RETURNED FOR OVERPAYMENT OF ESTATE TAX RETURNS | 2820-000 | | ($216.00) | $122,064.33 |
| 05/22/2017 | (12) | FIRST CLASS, INC. | SETTLEMENT AWARD FROM COMCAST IN BRAND V. COMCAST, CASE NO. 11-cv-8471 | 1249-000 | $52,480.29 | | $174,544.62 |
| 05/22/2017 | (12) | FIRST CLASS, INC. | INDIVIDUAL CLAIM AWARD FROM COMCAST IN BRAND V. COMCAST, CASE NO. 11-cv-8471 | 1249-000 | $20,450.00 | | $194,994.62 |
| 06/08/2017 | (12) | DEP REVERSE: FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | ($52,480.29) | | $142,514.33 |
| 06/08/2017 | (12) | DEP REVERSE: FIRST CLASS, INC. | CHECK WAS NEVER RECEIVED BY THE BANK | 1249-000 | ($20,450.00) | | $122,064.33 |
| 09/29/2017 | 1007 | KUTCHINS, ROBBINS & DIAMOND, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,989.00 | $120,075.33 |
| 09/29/2017 | 1008 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $313.73 | $119,761.60 |
| 09/29/2017 | 1009 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $28,087.00 | $91,674.60 |
| 09/29/2017 | 1010 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $6,450.05 | $85,224.55 |
| | | | **SUBTOTALS** | | $138,996.52 | $53,771.97 | |

Page No: 2   Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 13-41073-JPC | |
| Case Name: | JACKSON, KEVIN L | |
| Primary Taxpayer ID #: | **-***0850 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/21/2013 | |
| For Period Ending: | 1/10/2018 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0386 |
| Account Title: | KEVIN L. JACKSON |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2017 | 1011 | Asset Acceptance LLC assignee | Claim #: 1; Distribution Dividend: 100.00; | * | | $1,825.85 | $83,398.70 |
| | | | Claim Amount | $(1,816.28) | 7100-000 | | $83,398.70 |
| | | | Interest | $(9.57) | 7990-000 | | $83,398.70 |
| 09/29/2017 | 1012 | Asset Acceptance LLC assignee | Claim #: 2; Distribution Dividend: 100.00; | * | | $2,759.59 | $80,639.11 |
| | | | Claim Amount | $(2,745.13) | 7100-000 | | $80,639.11 |
| | | | Interest | $(14.46) | 7990-000 | | $80,639.11 |
| 09/29/2017 | 1013 | Patients 1st ER Medical Consultants PC | Claim #: 3; Distribution Dividend: 100.00; | * | | $92.18 | $80,546.93 |
| | | | Claim Amount | $(91.70) | 7100-000 | | $80,546.93 |
| | | | Interest | $(0.48) | 7990-000 | | $80,546.93 |
| 09/29/2017 | 1014 | Portfolio Recovery Associates, LLC | Claim #: 4; Distribution Dividend: 100.00; | * | | $1,236.34 | $79,310.59 |
| | | | Claim Amount | $(1,229.86) | 7100-000 | | $79,310.59 |
| | | | Interest | $(6.48) | 7990-000 | | $79,310.59 |
| 09/29/2017 | 1015 | Portfolio Recovery Associates, LLC | Claim #: 5; Distribution Dividend: 100.00; | * | | $1,071.23 | $78,239.36 |
| | | | Claim Amount | $(1,065.62) | 7100-000 | | $78,239.36 |
| | | | Interest | $(5.61) | 7990-000 | | $78,239.36 |
| 09/29/2017 | 1016 | Portfolio Recovery Associates, LLC | Claim #: 6; Distribution Dividend: 100.00; | * | | $3,243.76 | $74,995.60 |
| | | | Claim Amount | $(3,226.77) | 7100-000 | | $74,995.60 |
| | | | Interest | $(16.99) | 7990-000 | | $74,995.60 |
| 09/29/2017 | 1017 | KEVIN L JACKSON | Claim #: ; Distribution Dividend: 100.00; | 8200-002 | | $74,995.60 | $0.00 |
| 12/14/2017 | 1017 | STOP PAYMENT: KEVIN L JACKSON | Claim #: ; Distribution Dividend: 100.00; | 8200-004 | | ($74,995.60) | $74,995.60 |
| 12/15/2017 | 1018 | KEVIN L JACKSON | SURPLUS FUNDS PAID TO DEBTOR | 8200-002 | | $74,995.60 | $0.00 |

| | | | | | SUBTOTALS | $0.00 | $85,224.55 |
|---|---|---|---|---|---|---|---|

Case 13-41073   Doc 62   Filed 02/02/18   Entered 02/02/18 16:12:20   Desc Main

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3          Exhibit 9

| | |
|---|---|
| Case No. | 13-41073-JPC |
| Case Name: | JACKSON, KEVIN L |
| Primary Taxpayer ID #: | **-***0850 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/21/2013 |
| For Period Ending: | 1/10/2018 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0386 |
| Account Title: | KEVIN L. JACKSON |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| | | TOTALS: | | | $138,996.52 | $138,996.52 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $138,996.52 | $138,996.52 | |
| | | Less: Payments to debtors | | | $0.00 | $74,995.60 | |
| | | Net | | | $138,996.52 | $64,000.92 | |

**For the period of 10/21/2013 to 1/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | ($10,994.68) |
| Total Non-Compensable Disbursements: | $149,991.20 |
| Total Comp/Non Comp Disbursements: | $138,996.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/29/2016 to 1/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | ($10,994.68) |
| Total Non-Compensable Disbursements: | $149,991.20 |
| Total Comp/Non Comp Disbursements: | $138,996.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-41073-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JACKSON, KEVIN L | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0850 | Checking Acct #: | ******0386 |
| Co-Debtor Taxpayer ID #: | | Account Title: | KEVIN L. JACKSON |
| For Period Beginning: | 10/21/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $138,996.52 | $138,996.52 | $0.00 |

| For the period of 10/21/2013 to 1/10/2018 | | For the entire history of the case between 10/21/2013 to 1/10/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $138,996.52 | Total Compensable Receipts: | $138,996.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $138,996.52 | Total Comp/Non Comp Receipts: | $138,996.52 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($10,994.68) | Total Compensable Disbursements: | ($10,994.68) |
| Total Non-Compensable Disbursements: | $149,991.20 | Total Non-Compensable Disbursements: | $149,991.20 |
| Total Comp/Non Comp Disbursements: | $138,996.52 | Total Comp/Non Comp Disbursements: | $138,996.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN